STATE OF NEW JERSEY v. MUQTASID FAREED.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MUQTASID FAREED.

May 6, 1985.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. RODNEY GATES.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN OLITSKY.

May 6, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH ADAMS.

May 6, 1985.

Petition for certification denied.